UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

ADAM JOHN MACKINTOSH,

Plaintiff,

v.

CALIFORIA GOVERNOR GAVIN CHRISTOPHER NEWSOM, et al.,

Defendants.

Case No. 2:26-cv-08508-KK-KES

ORDER ACCEPTING REPORT AND RECOMMENDATION OF U.S. MAGISTRATE JUDGE

Pursuant to 28 U.S.C. § 636, the Court has reviewed the pleadings and all the records and files herein, along with the Report and Recommendation ("R&R") of the United States Magistrate Judge (Dkt. 18). Further, the Court has engaged in a de novo review of those portions of the R&R to which objections (Dkt. 20) have been made. The Court accepts the findings, conclusions, and recommendations of the United States Magistrate Judge.

IT IS THEREFORE ORDERED that the temporary restraining order ("TRO") applications (Dkt. 4, 5) are denied.

IT IS FURTHER ORDERED that certain claims be dismissed, as follows:

1. Dismissing without prejudice as misjoined all federal claims arising out of the January 10, 2025, law enforcement encounter ("Stop Two") and the July 10,

2026, law enforcement encounter ("Stop Four")—including claims arising out of the arrest, jail booking, property seizure, and car impoundment that followed Stop Four—and all Eighth Amendment/Excessive Fines claims;

2. Dismissing all other federal claims *with* prejudice and without leave to amend, *except*:
   a. 42 U.S.C. § 1983/Fourth Amendment/unreasonable force claims against University of California Police Department ("UCPD") Officer Joseph and his female partner, Doe Officer 1 ("Stop Three Defendants"), which are not dismissed; and
   b. 42 U.S.C. § 1983/Fourth Amendment/unreasonable search claims against the Stop Three Defendants, which are dismissed with leave to amend; and
3. Dismissing all state law claims without prejudice but without leave to amend due to misjoinder and declining supplemental jurisdiction, except the following which are *not* dismissed:
   a. Battery claims against the Stop Three Defendants; and
   b. Bane Act claims against the Stop Three Defendants.

The scope of leave to amend shall be limited to the claims against the Stop Three Defendants, as set forth above. Any allegations in the First Amended Complaint ("FAC") that exceed the scope of leave to amend will be stricken. The Magistrate Judge will set a date for Plaintiff to file a FAC or an election to proceed on those claims that were not dismissed.

DATED: September 29, 2026

Hon. Kenly Kiya Kato
UNITED STATES DISTRICT JUDGE